**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re

Juan Esteban Palacio

                                      CHAPTER   13
                                      CASE NO.   10-46642-PGH

      Debtor(s)

_____/

## RESPONSE TO MOTION TO VALUE/DETERMINE SECURED STATUS FILED BY CITIMORTGAGE, INC REGARDING REAL PROPERTY

CITIMORTGAGE, INC ("Creditor"), responds to the Motion to Value / Determine Secured Status filed by the Debtor as to the following Property: REAL PROPERTY LOCATED AT: 9825 BAYWINDS DRIVE WEST PALM BEACH FL 33411 LEAGALLY DESCRIBED AS: CONDOMINIUM PARCEL NO. 1108 MESSANO, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 18087, PAGE 1021, AND ALL AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA. ("Property") and states as follows:

1.      The Debtor seeks to value the property securing the claim of Creditor pursuant to 11 U.S.C. §506.

2.      The relevant portion of section 506(a)(1) reads:

> An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property. 11 U.S.C. § 506(a)(1)(parts omitted).

3. "Market Value is the hallmark standard of value to be used in the 11th Circuit. Market Value is, in essence, what a willing buyer and a willing seller negotiate in an arms length transaction, with neither party acting under compulsion nor both parties with knowledge of the material facts and circumstances of the transaction.

4. The Debtor's Motion provides for a valuation/determination of the secured status of Creditor's claim in an amount less than the full balance owing to the Creditor.

5. The proposed valuation set forth in the Motion does not appear to accurately reflect the market value for the subject Property and Creditor's claim, therefore, is secured with a value in excess of that sought by the Debtor.

6. The Debtor's Motion should be denied or in the alternative the Creditor prays the Court enter an Order setting the matter for hearing.

**Certification as to Admission to the Southern District Bar**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Larry M. Foyle, Esq.
Larry M. Foyle, Esq.
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1353
Fax:
(813) 769-7563
lfoyle@kasslaw.com
Florida Bar No. 307343

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on March 24, 2011, by U.S. Mail and/or electronic mail via CM/ECF to: Juan Esteban Palacio, 6153 Whalton St, West Palm Beach, FL 33411; Jeffrey A. Harrington, Esq., 224 Datura St # 510, West Palm Beach, FL 33401; Robin R. Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355.

                /s/ Larry M. Foyle, Esq.
                Larry M. Foyle, Esq. (x1353)

1031992B/apb