**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __2AP__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan Esteban Palacio                CASE NO.: 10-46642-PGH
Last Four Digits of SS#: 3334                CHAPTER 13

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __1,532.00__ for months __1__ to __60__; in order to pay the following creditors:

Administrative:
Attorney's Fees and Costs:   $3,500.00 (Chapter 13 base fee)
Attorney Fee's               $775.00 (Motion to Value (Citimortgage))
Attorney Fee's               $775.00 (Motion to Value Webster Bank)
Total Attorney's Fees        $5,050.00
Amount Paid (Pre-Petition):  $3,500.00
Balance Due Through Plan:    $1,550.00 payable $ __221.43__ /month (Months __1__ to __7__)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: NONE

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citimortgage Acct# 7979 | $63,000.00 9825 Baywinds Drive #1108, West Palm Beach, FL 33411 Condominium Parcel No. 1108 MEZZANO, a Condominium according to the Declaration of Condominium recorded in official records Book 18087, Page 1021, and all amendments thereto of the Public Records of Palm Beach County, Florida | 4% | $1,160.24 | 1 To 60 | $69,614.40 |
| Webster Bank Acct# 3213 | $63,000.00 9825 Baywinds Drive #1108, West Palm Beach, FL 33411 Condominium Parcel No. 1108 MEZZANO, a Condominium according to the Declaration of Condominium recorded in official records Book 18087, Page 1021, and all amendments thereto of the Public Records of Palm Beach County, Florida | 0% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $ __10.59__ /month (Months __1__ to __7__).
                     Pay $ __232.02__ /month (Months __8__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31(rev. 1/08/10)

Other Provisions Not Included Above:
1. Debtor will pay 100% unsecured debt ($12,371.42)
2. Property taxes and insurance to be paid outside the plan to Palm Beach County Tax Collector for the property located at 9826 Baywinds Dr. #1108, West Palm Beach, FL 33411.
3. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.
4. The debtor is current with his lease payments to BMW for the 2009 BMW 328i SA Acct# 2589 and will assume the auto lease and continue to make the required monthly payments.

As a matter of convenience, Debtor is on the Warrant Deed for the property located at 6153 Whalton St., Royal Palm Beach, FL 33411, along with his father, but the Debtor has no liability on the underlying loan. The Debtor is not an Obligor on the Mortgage/Note.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: *Juan P* (signature)
Juan Esteban Palacio

Date: _____

LF-31(rev. 1/08/10)