

**ORDERED in the Southern District of Florida on April 11, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**Case No.: 10-46642-PGH-BKC**
**Chapter 13 Proceeding**

IN RE:

**PALACIO, JUAN E.,**

    **Debtors**
_____/

## FINAL JUDGMENT

THIS MATTER having come before the Court in West Palm Beach, Florida, on the 6th day of April 2017, pursuant to the Debtor's, Motion to Compel Compliance with Court Order **(DE#143)**, the Court having noted no opposition appeared at the hearing, and the Court having deemed the entry of final judgment is appropriate, it is

ORDERED AND ADJUDGED as follows:

1.  Final judgment is entered in favor of the Debtor, **JUAN ESTABAN PALACIO,** and against the Creditor, **DITECH FINANCIAL, LLC**, in the amount of $98,880.05, for which let execution issue.

2.  The address for Juan Esteban Palacio is 8211 Seminole Pratt Whitney Road, Loxahatchee, FL 33470, and the address for the Creditor, Ditech Financial, LLC, is 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034.

###

**Submitted by:**
Brett A. Elam
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401

**Copies to:**
Brett Elam, Esq., 105 S. Narcissus Avenue, Suite 802, West Palm Beach, FL 33401

*The Trustee (or the Trustee's attorney) is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.